**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CERVERA, | NO. CV 16-5782-PSG (KS) |
| Petitioner, | |
| v. | JUDGMENT |
| M.E. SPEARMAN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 11/3/17  _____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE